IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

| | | |
|---|---|---|
| **John Maldonado**, | : | Case No. 21-10423-pmm |
| **Tanya Maldonado** | : | Chapter 13 |
| | : | |
| Debtors | : | |

### NOTICE OF MOTION TO SELL REAL PROPERTY, RESPONSE DEADLINE, AND HEARING DATE

Debtors, John Maldonado and Tanya Maldonado, filed a Motion to Sell Real Property.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult with an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **March 2, 2022**, you or your attorney must do all of the following:

(a) file an answer explaining your position at:

United States Bankruptcy Court
Eastern District of Pennsylvania
Clerk of the Court
201 Penn Street, Room 103
Reading, PA 19601

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to the movant's attorney:

Robert J. Kidwell, Esquire
NEWMAN WILLIAMS, P.C.
P.O. Box 511, 712 Monroe Street
Stroudsburg, PA  18360

2. If you or your attorney do not take the steps described in paragraph 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the

motion.

    3. A hearing on the motion is scheduled to be held on **March 17, 2022 at 11:00 a.m.** at United States Bankruptcy Court, The Gateway Building, 201 Penn Street, Reading, PA 19601.

    4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

    5. You may contact the Bankruptcy Clerk's office at (610) 208-5040 to find out whether the hearing has been canceled because no one filed an answer.

    Dated: **FEBRUARY 16, 2022**　　　　　Robert J. Kidwell, Esquire
**NEWMAN WILLIAMS, P.C.**
Attorneys for Debtors
P.O. Box 511, 712 Monroe Street
Stroudsburg, PA  18360
(570) 421-9090; fax: (570) 424-9739